# EXHIBIT 3

**Exhibit A to Motion for Approval of Settlement and for Distribution – Confidential Settlement Agreement**

*Entirety of Document to be Redacted Subject to Court Approval Pursuant to LR 5.3*