IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SUSAN WHITE, as Personal Representative for the Estate of KAYLA WHITE, deceased, and CODY CAMPBELL, as Personal Representative of the Estate of BRAEDIN CAMPBELL, deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>FCA US, LLC,<br>a foreign limited liability company, and CLARENCE HEATH, individually,<br><br>    Defendants.<br>_____/ | Case No. 2:17-cv-12320<br><br>Hon. DAVID M. LAWSON |

| | |
|---|---|
| Courtney E. Morgan, Jr. (P29137)<br>Brian T. Keck (P77668)<br>LAW OFFICES OF COURTNEY MORGAN PLLC<br>Attorneys for Plaintiffs<br>3200 Greenfield, Ste. 355<br>Dearborn, MI  48120<br>(313) 395-2568/(313) 395-3933 fax<br>cmorgan@courtneymorganlaw.com<br>bkeck@courtneymorganlaw.com | James P. Feeney (P13335)<br>Clay A. Guise (P59055)<br>DYKEMA GOSSETT PLLC<br>Attorneys for Defendant FCA US, LLC<br>39577 Woodward Ave., Ste. 300<br>Bloomfield Hills, MI  48304<br>(248) 203-0841/(248) 203-0763 fax<br>jfeeney@dykema.com<br>cguise@dykema.com |
| Gerald E. Thurswell (P21448)<br>THE THURSWELL LAW FIRM PLLC<br>Attorney for Plaintiffs<br>1000 Town Ctr, Ste 500<br>Southfield, MI 48075-1221<br>(248) 354-2222<br>jthurswell@thurswell.com | Bryce A. Rucker (P79455)<br>DYKEMA GOSSETT PLLC<br>Attorneys for Defendant FCA US, LLC<br>400 Renaissance Center<br>Detroit, MI  48243<br>(313) 568-6502<br>brucker@dykema.com |

| | |
|---|---|
| John L. Weston (P55042) | Perry W. Miles IV (Va. Bar 43031) |
| Lauren A. Sterrett (P80200) | Derek H. Swanson (Va. Bar 73463) |
| SECREST WARDLE | McGUIRE WOODS LLP |
| Attorneys for Defendant Heath | Attorneys for Defendant FCA US, LLC |
| 2600 Troy Center Dr., P.O. Box 5025 | Gateway Plaza |
| Troy, MI  48007-5025 | 800 East Canal Street |
| (248) 851-9500/(248) 251-1808 fax | Richmond,VA  23219-3916 |
| jweston@secrestwardle.com | (804) 775-1081/(804) 698-2258 fax |
| lsterrett@secrestwardle.com | pmiles@mcguirewoods.com |
| | dswanson@mcguirewoods.com |

Henry B. Cooney (P32199)
PLUNKETT COONEY
Attorneys for Defendant Heath
38505 Woodward Avenue, Suite 100
Bloomfield Hills, MI  48304
(248) 901-4019/(248) 901-4040 fax
hcooney@plunkettcooney.com
_____/

## **PLAINTIFFS' RULE 26 PRETRIAL DISCLOSURE EXHIBIT LIST**

1. Plaintiffs submit their Exhibit List attached hereto as Attachment A.

2. Plaintiffs reserve the right to present, as additional exhibits, any modified versions of Exhibits.

3. Plaintiffs reserve the right to use any exhibits admitted by Defendants.

4. Plaintiffs reserve the right to use exhibits not listed here for impeachment or rebuttal purposes.

5. Plaintiffs reserve the right to supplement or amend this List any time prior to trial, and in accordance with and when, all rulings regarding objections and admissibility have been heard and decided.

2

6. By including documents on the following list, Plaintiffs do not waive their right to object to their introduction at trial by Defendant if Plaintiffs choose not to offer them as exhibits at trial.

7. Furthermore, the mere listing of these documents as potential exhibits is not a concession as to their relevance or admissibility, and Plaintiffs reserve the right to object to the admissibility of any of these potential exhibits.

        Respectfully submitted,

<u>/s/ Courtney E. Morgan Jr. (P29137)</u>
Courtney E. Morgan Jr. (P29137)
Brian T. Keck (P77668)
Law Offices of Courtney Morgan PLLC
3200 Greenfield, Ste. 355
Dearborn, MI 48120
(313) 395-2568
cmorgan@courtneymorganlaw.com
bkeck@courtneymorganlaw.com

Dated:     October 1, 2019

# CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send electronic notification of said filing to:

James P. Feeney (P13335)
Clay A. Guise (P59055)
DYKEMA GOSSETT PLLC
Attorneys for Defendant FCA US, LLC
jfeeney@dykema.com
cguise@dykema.com

Bryce A. Rucker (P79455)
DYKEMA GOSSETT PLLC
Attorneys for Defendant FCA US, LLC
brucker@dykema.com

Perry W. Miles IV (Va. Bar 43031)
Derek H. Swanson (Va. Bar 73463)
McGUIRE WOODS LLP
Attorneys for Defendant FCA US, LLC
pmiles@mcguirewoods.com
dswanson@mcguirewoods.com

John L. Weston (P55042)
Lauren A. Sterrett (P80200)
SECREST WARDLE
Attorney for Defendant Heath
jweston@secrestwardle.com
lsterrett@secrestwardle.com

Gerald E. Thurswell (P21448)
THE THURSWELL LAW FIRM PLLC
Attorney for Plaintiffs
jthurswell@thurswell.com

Henry B. Cooney (P32199)
PLUNKETT COONEY
Attorneys for Defendant Heath
hcooney@plunkettcooney.com

I further certify that I have mailed by U.S. mail the paper to the following non-ECF participants: None

RESPECTFULLY SUBMITTED,

LAW OFFICES OF COURTNEY MORGAN PLLC

BY: /s/    Courtney E. Morgan. Jr.
Courtney E. Morgan. (P29137)
Brian T. Keck (P77668)

4

                              Attorneys for Plaintiffs
                              3200 Greenfield, Suite 355
                              Dearborn, MI  48120-1802
                              (313) 395-2568
                              cmorgan@courtneymorganlaw.com
                              bkeck@courtneymorganlaw.com

DATED: October 1, 2019

# ATTACHMENT A

| PRESIDING JUDGE DAVID LAWSON, DISTRICT JUDGE | | | | | PLAINTIFFS' ATTORNEY Courtney E. Morgan, Jr., et al | | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|---|
| TRIAL DATE(S) DECEMBER 10, 2019 | | | | | COURT REPORTER | | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | MAY OR WILL | OBJECTION TO ADMISSIBILITY |
| 1 | | | | | Photographs, diagrams and other depictions related to the accidents on November 11, 2014, including any and all videos of the aftermath, including photographs from the Southfield Fire Department; Michigan State Police, Oakland County Medical Examiner, eyewitness and videos taken by local news stations | | |
| 2 | | | | | Photographs and other depictions of the injuries suffered by decedents Kayla White and Braedin Campbell on November 11, 2014 including photographs from the Southfield Fire Department; Michigan State Police and Oakland County Medical Examiner | | |
| 3 | | | | | Kayla White's medical records | | |
| 4 | | | | | Any and all records regarding the collision created or compiled by law enforcement or first responders including records from the Michigan State Police Department, Southfield Fire Department, and Oakland County Medical Examiner's Office | | |
| 5 | | | | | Autopsy Report and accompanying documentation from the Oakland County Medical Examiner's Office | | |
| 6 | | | | | Exhibit 56 to the deposition of Clarence Heath | | |
| 7 | | | | | Don Stevens Expert Report, Attachments and Supporting Documentation, including CV | | |
| 8 | | | | | Michael Thomson, Ph.D.'s Expert Report, Attachments, and | | |

7

|  |  |  | Supporting Documentation, including CV |  |  |