UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN WHITE, KAYLA WHITE,
CODY CAMPBELL, and BRAEDEN
CAMPBELL,

        Plaintiffs,                                 Case Number 17-12320

v.                                                            Honorable David M. Lawson

FCA US, LLC and CLARENCE HEATH,

        Defendants.

_____/

## ORDER STRIKING PROPOSED ORDER

On September 26, 2019, the plaintiffs filed a motion to seal a proposed settlement agreement. That filing included as an exhibit a proposed order. Counsel is obliged to be aware of and follow the CM/ECF procedures. "Proposed orders must be submitted to the judge to whom the case is assigned . . . via the link located under the Utilities section of CM/ECF." E.D. Mich. Electronic Filing Policies and Procedures R11(a). If a proposed order is accepted, the Court will then docket it with the Judge's electronic signature. "Proposed" orders and judgments should never be e-filed and docketed by a party. The Court therefore will strike the proposed order.

Accordingly, it is **ORDERED** that the Clerk shall **STRIKE** the proposed order attached to the plaintiffs' motion to seal (ECF No. 98-5).

                                                                                      s/David M. Lawson
                                                                                       DAVID M. LAWSON
                                                                                       United States District Judge

Date:  October 10, 2019

- 2 -

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on October 10, 2019.

<pre>                          s/Susan K. Pinkowski
                          SUSAN K. PINKOWSKI</pre>